IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02029-REB-MEH

CASE LOGIC, INC.,
a Colorado corporation,

      Plaintiff,

v.

THE LASERLINE COMPANY,
a Connecticut corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2006.**

      The parties have represented that they have reached a settlement in principle that will resolve all issues in this case. The parties request that the Scheduling Conference be vacated to permit them to complete their settlement. For good cause shown, Plaintiff's Unopposed Motion to Vacate Scheduling Conference [Filed March 2, 2006; Docket #10] is **granted.** The Scheduling Conference in this case scheduled for **March 9, 2006**, at the hour of **9:15 a.m.** is **vacated**. The parties are directed to submit a joint status report no later than March 31, 2006, if the case remains open, so that the Court can take appropriate action regarding discovery in this case at that time.